# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

ROMARIO V. WALLER,
ADC #108263                                                                                               PLAINTIFF

v.                                              5:11-cv-00201-JTK

LISA ROBINSON, et al.                                                                               DEFENDANTS

## ORDER

The October 26, 2011 Partial Recommended Disposition (Doc. No. 33) is hereby treated as the opinion of this Court, in light of the Parties' November 2, 2011 Consent to Jurisdiction by a United States Magistrate Judge (Doc. No. 39).  Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Motion for Preliminary Injunctive Relief (Doc. No. 5) is DENIED.

IT IS SO ORDERED this 17th day of November, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE