**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

ROMARIO V. WALLER,
ADC #108263                                                                                                      PLAINTIFF

5:11-cv-00201-JTK

LISA ROBINSON, et al.                                                                                    DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, as to Plaintiff's claims against Defendants Stevens and May, and DISMISSED with prejudice, as to Plaintiff's claims against Defendants Gibson, Hobbs, Meinzer, Naylor, Robinson, and Taylor.

IT IS SO ADJUDGED this 22nd day of August, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE